1  KAREN P. HEWITT
   United States Attorney
2  DOMINIC E. KARDUM
   Assistant U.S. Attorney
3  California State Bar No. 229420
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  (619) 557-7848 (Telephone) / (619) 557-5551 (Fax)
   Email: dominic.kardum@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )    Criminal Case No.    08-CR-1390-DMS
                                     )
11              Plaintiff,           )
                                     )    NOTICE OF APPEARANCE
12        v.                         )
                                     )
13  RAUL AVILES-ROCHA                )
                                     )
14              Defendant.           )
    _____ )
15

16  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17        I, the undersigned attorney, enter my appearance as lead counsel for the United States in the

18  above-captioned case.

19        I certify that I am admitted to practice in this court or authorized to practice under

20  CivLR 83.3.c.3-4.

21        The following government attorneys (who are admitted to practice in this court or authorized

22  to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel

23  for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this

24  case.

25        1.    None..

26  //

27  //

28  //

1    Effective this date, <u>the following attorneys are no longer associated with this case</u> and should

2    <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S.

3    Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

4    　　1.    Tara McGrath.

5    Please feel free to call me if you have any questions about this notice.

6    DATED:  August 19, 2008.

7    　　　　　　　　　　　　　　　　　　　　　KAREN P. HEWITT
                                                              United States Attorney
8

9
                                                              s/Dominic E. Kardum
10                                                           DOMINIC E. KARDUM
                                                              Assistant U.S. Attorney
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
     Notice of Appearance                                        08-CR-1390-DMS
28   Raul Aviles-Rocha

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No.    08-CR-1390-DMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| | ) | |
| RAUL AVILES-ROCHA | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Dominic Kardum, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I have caused service of the **Notice of Appearance as lead counsel for the United States**, dated June 25, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

1.    Erika Zunkel
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 960
San Diego, CA 92101-2666
Erika_Zunkel@fd.org

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on August 19, 2008.

s/Dominic E. Kardum
DOMINIC E. KARDUM
Assistant U.S. Attorney

Notice of Appearance                                                    08-CR-1390-DMS
Raul Aviles-Rocha