**ERICA K. ZUNKEL**
California State Bar No. 229285
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
erica_zunkel@fd.org

Attorneys for Mr. Aviles-Rocha

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>**RAUL AVILES-ROCHA**,  )<br>  )<br>  Defendant.  )<br>  ) | Case No. 08cr1390-DMS<br><br>**JOINT MOTION TO CONTINUE SENTENCING HEARING** |

Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Erica Zunkel and Federal Defenders of San Diego, counsel for Raul Aviles-Rocha along with Assistant United States Attorney Dominic Cardum, that the sentencing hearing currently set for August 22, 2008, be rescheduled to October 24, 2008, at 9:00 a.m.

Dated: August 19, 2008         *s/ Erica Zunkel*
                               **ERICA K. ZUNKEL**
                               Federal Defenders of San Diego, Inc.
                               Attorneys for Mr. Santiago-Cerda

Dated: August 19, 2008         s/ Dominic Cardum
                               **DOMINIC CARDUM**
                               Assistant United States Attorney