UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08cr1390-DMS |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| **RAUL AVILES-ROCHA,** ) | |
| Defendant. ) | |

      **IT IS HEREBY ORDERED** that the joint motion (docket no.16) requesting the continuance of the sentencing hearing currently set for August 22, 2008 and continued to October 24, 2008 at 9:00 a.m., be **GRANTED.**

      **SO ORDERED.**

DATED: August 19, 2008

_____
HON. DANA M. SABRAW
United States District Judge